# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-192-067

**Effective date of registration:**

November 20, 2014

---

## Title
**Title of Work:** Miles Davis photos
all jpgs
1970 1971

## Completion/Publication
**Year of Completion:** 1970

## Author
- **Author:** GLEN ROBERT CRAIG
- **Author Created:** photograph(s)
- **Citizen of:** United States    **Domiciled in:** United States
- **Year Born:** 1949

## Copyright claimant
**Copyright Claimant:** GLEN ROBERT CRAIG
30-60 CRESCENT STREET, APT 2C, ASTORIA, NY, 11102, United States

## Rights and Permissions
**Name:** GLEN ROBERT CRAIG
**Email:** glencraig@rcn.com    **Telephone:** 718-278-2683

## Certification
**Name:** GLEN ROBERT CRAIG
**Date:** November 20, 2014
**Applicant's Tracking Number:** 1-1705300891

---

**Correspondence:** Yes