# EXHIBIT C


# pop**MATTERS**






MUSIC

## Various Artists: Miles Ahead Original Motion Picture Soundtrack

BY JOHN GARRATT // 26 Apr 2016



POP TEN

1. The 50 Best Albums of 2018 So Far
2. Jackie Chan's 10 Best Films
3. For Their 25th Anniversary Low Produce a Work of Unreal Quality in 'Double Negative'
4. Never Say Nevermore: Edgar Allan Poe's 10 Best Stories
5. Lollapalooza Berlin Day 1: The Weeknd Gives a Phenomenal Performance, David Guetta Conquers an Entire Stadium

EXPAND POP TEN +



Like 1 | Twitter

Don Cheadle, director and star of *Miles Ahead*, has assembled a mostly enticing soundtrack to his film, though still peppered with a few inessentials.



Be aware that *Miles Ahead* is not an attempt to comprehensively summarize the career of the late

