Case: 1:19-cv-05596 Document #: 4 Filed: 08/27/19 Page 1 of 1 PageID #:21

C  UNITED STATES DISTRICT COURT  19-080952
NORTHERN DISTRICT OF ILLINOIS

GLEN CRAIG

VS  CASE NO. 1:19-CV-5596

POPMATTERS MEDIA, INC

JEROME PAUL   Being first duly sworn on oath deposes and says that he is over the age of 21 and not a party to this cause.

That he served the within   SUMMONS IN A CIVIL CASE
EXHIBIT A
EXHIBIT B
EXHIBIT C
CIVIL CASE COVER SHEET
COMPLAINT

On the within named Defendant POPMATTERS MEDIA, INC C/O SARAH ZUPKO
by leaving the above mentioned documents with
SARAH ZUPKO (AUTH AGENT)
who is authorized to accept service of these documents on 08/25/2019, and informing that person of the contents thereof.
*************************************************************************

The Sex, Race and Approximate Age of the person with whom he left the documents were as follows:

Sex:     FEMALE        Height: 5'05"
Race:    WHITE         Weight: 140
Age:     50

The place and time of day where the documents were served was as follows:

Place:   4405 N GREENVIEW #1B
         CHICAGO, IL 60645
Time:    10:39AM
*************************************************************************
I certify under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed on 08/26/2019

PROCESS SERVER