# EXHIBIT B



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Glen Craig)[ in Name Claimant  ]
Search Results: Displaying 14 of 30 entries



### MILES DAVIS PHOTOS 1970.

| | |
|---:|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001160156 / 2014-03-17 |
| **Application Title:** | MILES DAVIS PHOTOS 1970. |
| **Title:** | MILES DAVIS PHOTOS 1970. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | glen robert craig. Address: 30-60 crescent street, 2c, astoria, NY, 11102, United States. |
| **Date of Creation:** | 1970 |
| **Authorship on Application:** | GLEN ROBERT CRAIG, 1949- ; Citizenship: United States. Authorship: photograph(s) |
| **Rights and Permissions:** | GLEN ROBERT CRAIG, 30-60 CRESCENT STREET, 2C, ASTORIA, NY, 11102, United States, (718) 278-2683, (917) 309-6761, glencraig@rcn.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | CRAIG, GLEN ROBERT, 1949- |





---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page