**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Glen Craig
                      Plaintiff,

v.                                         Case No.: 1:19−cv−05596
                                         Honorable Ronald A. Guzman

Popmatters Media, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 25, 2019:

      MINUTE entry before the Executive Committee: The Executive Committee, which administers the bar of this Court, notes the following: on August 8, 2019, attorney Richard Liebowitz applied for a pro hac vice efiling account in this Court. After obtaining the account, Mr. Liebowitz used the account to file the first of 12 cases electronically. In each of the cases, the filing fee was paid, but neither appearance forms nor pro hac vice petitions were filed. Local Rule 83.14; 83.16. For now, the Executive Committee posts this entry for the information and potential action of the assigned district judges in each case. Mailed notice. (sm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.