UNITED STATES DISTRICT COURT
NORHTERN DISTRICT OF ILLINOIS

Case No. 1:19-CV-5596

GLEN CRAIG,

        Plaintiff,

- against -

POPMATTERS MEDIA, INC.

        Defendant.

## MOTION FOR EXTENSION OF TIME TO COMPLY WITH LOCAL RULES

I represent Glen Craig in the above case. I respectfully request a thirty-day extension to comply with Local Rules 83.14, 83.15, and 83.16. I am in the process of retaining local counsel and putting together my pro hac vice motion.

Defendant has yet to appear in the case.

The Court's consideration is much appreciated.

        /s/Richard Liebowitz
        Richard Liebowitz

        *Counsel for Plaintiff*