**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Glen Craig
                    Plaintiff,

v.                                          Case No.: 1:19−cv−05596
                                            Honorable Ronald A. Guzman

Popmatters Media, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 16, 2019:

     MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's motion for extension of time to comply with Local Rules [8] is granted in part. Plaintiff has until 10/22/19 to comply with Local Rules 83.14, 83.15, and 83.16. The failure to do so may result in dismissal of this case. No further extensions. Counsel is advised to review this district's Local Rules, specifically Local Rule 5.3 regarding noticing of motions. Any failure to comply with the Local Rules may result in a motion being stricken. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.