# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Craig v. Popmatters Media, Inc.   Case Number: 19-cv-05596

An appearance is hereby filed by the undersigned as attorney for:
Popmatters Media, Inc.

Attorney name (type or print): Scott Kane Stukel

Firm: Cameron & Kane LLC

Street address: 2846A N Milwaukee Ave.

City/State/Zip: Chicago IL 60618

Bar ID Number: 6317252
(See item 3 in instructions)

Telephone Number: 872-588-0727

Email Address: scott@cameronandkane.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/18/2019

Attorney signature: S/ Scott Kane Stukel
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015