IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLEN CRAIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-05596 |
| ) | |
| POPMATTERS MEDIA, INC. ) | Honorable Ronald A. Guzman |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR COSTS AND STAY OF PROCEEDINGS
PURSUANT TO FED. R. CIV. P. 41(d)**

Pursuant to Federal Rule of Civil Procedure 41(d), Defendant PopMatters Media, Inc. respectfully moves this Court to order Plaintiff Glen Craig ("Craig") to pay all costs it incurred in its defense of the action Craig filed and dismissed in the United States District Court for the Southern District of Illinois, *Craig v. PopMatters Media, Inc.*, Case No. 3:18-cv-01713; and to stay these proceedings until those costs have been paid. Relief under Rule 41(d) is appropriate where "a plaintiff who previously dismissed an action in any court files an action based on or including the same claim against the same defendant." Fed. R. Civ. P. 41(d). Craig's complaint in this Court is nearly identical to the complaint he filed and voluntarily dismissed last year, repeating the same allegation of copyright infringement based on the same facts.

An order to pay costs incurred in the previous action, and a stay of this action until Craig is in full compliance with the Court's orders, both authorized by Rule 41(d), are justified by Craig's pattern, through his counsel, of shifting wasteful costs to Defendant through dilatory litigation, as further detailed in the memorandum in support of this motion filed herewith.

This motion is supported by the accompanying Defendant's Memorandum in Support, Declarations of Karen Zarker and Dan Booth, and the exhibits thereto, filed and served herewith; the records and files of this action and the previously dismissed action, and any argument or additional evidence that is permitted by this Court.

Dated: October 18, 2019

/ s / Dan Booth
Dan Booth (*pro hac vice* admission pending)
Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742
dan@danboothlaw.com

/ s / Scott Kane Stukel
Scott Kane Stukel (# 6317252)
Cameron & Kane, LLC
2846A N. Milwaukee Avenue
Chicago, IL 60618
scott@cameronandkane.com

*Counsel for Defendant PopMatters Media, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this October 18, 2019, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to any identified non-registered participants for whom a mailing address is provided.

<u>/ s /  Scott Kane Stukel</u>