| | |
|---|---|
| From: | **Richard Liebowitz** RL@liebowitzlawfirm.com 📎 |
| Subject: | Craig v. Popmatters Media, Inc. (3:18-cv-1713-MJR-SCW) |
| Date: | October 8, 2018 at 12:22 PM |
| To: | MJRpd@ilsd.uscourts.gov |
| Cc: | Dan Booth  dbooth@boothsweet.com |

Dear Sir or Madam,

Attached please find a letter regarding a voluntary transfer to the Northern District of Illinois.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660


*********************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*********************************************************************



**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS
11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

October 8, 2018

**VIA ECF**

Honorable Michael J. Reagan
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

Re: <u>Craig v. Popmatters Media, Inc. (3:18-cv-01713-MJR-SCW)</u>

Dear Judge Reagan,

      We represent Plaintiff Glen Craig, in the above in captioned case. Instead of engaging in motion practice on venue, the parties respectfully request that the matter be voluntary transferred to the Northern District of Illinois.

      The Court's consideration is much appreciated.

Respectfully Submitted,

/s/Richard Liebowitz
Richard Liebowitz

*Counsel for Plaintiff Glen Craig*

Liebowitz Law Firm, PLLC