**From:** Katherine Klein Katherine_Klein@mnd.uscourts.gov
**Subject:** RE: Craig v. Popmatters Media, Inc. (3:18-cv-1713-MJR-SCW)
**Date:** November 15, 2018 at 9:54 PM
**To:** Richard Liebowitz RL@liebowitzlawfirm.com
**Cc:** Dan Booth dbooth@boothsweet.com, ILSDdb_MJRpd MJRpd@ilsd.uscourts.gov

Hi Mr. Liebowitz,

You need to file a written motion, the Court does not entertain requests of this nature via our proposed documents box.

Katherine Klein
Law Clerk to Chief Judge Reagan
U.S. District Court, Southern District of Illinois
Part-Time Pro Se Law Clerk
U.S. District Court, District of Minnesota
Work: (612) 664-5191
Cell: (612) 849-5730

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Thursday, November 15, 2018 3:24 PM
**To:** Katherine Klein <Katherine_Klein@mnd.uscourts.gov>
**Cc:** Dan Booth <dbooth@boothsweet.com>; ILSDdb_MJRpd <MJRpd@ilsd.uscourts.gov>
**Subject:** Re: Craig v. Popmatters Media, Inc. (3:18-cv-1713-MJR-SCW)

Dear Ms. Klein,

Hope you are well. Just following up below on the voluntary transfer to the Northern District of IL? Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

************************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
************************************************************************

On Mon, Oct 8, 2018 at 12:22 PM Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:
> Dear Sir or Madam,

Attached please find a letter regarding a voluntary transfer to the Northern District of Illinois.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*