**From:** dbooth@boothsweet.com
**Subject:** Re: Craig v. Popmatters Media, Inc. (3:18-cv-1713-MJR-SCW)
**Date:** December 12, 2018 at 12:07 PM
**To:** Richard Liebowitz RL@liebowitzlawfirm.com

D

Mr. Liebowitz,

I am authorized to waive service of process entirely upon a proper request for waiver. (See http://www.uscourts.gov/sites/default/files/ao398.pdf.) Of course, we would first expect you to resolve the current action and provide proof that it is terminated. You cannot have two actions for the same claim pending against my client at once. Filing in the Northern District would be appropriate only if you withdraw the case from the Southern District—the course of action I proposed on October 4. You may file a notice of dismissal pursuant to Fed. R. Civ. P. 41 in the Southern District.

Please confirm that this is what you mean by "Instead of doing the motion we are just going to refile." And please confirm that by close of business Friday you will file your Rule 41 notice, or a motion to transfer, and send us a copy as filed. Thank you.

Sincerely,

Dan Booth
Booth Sweet LLP
32R Essex Street #1A
Cambridge, MA 02139
(617) 250-8629
dbooth@boothsweet.com
http://boothsweet.com

> On Dec 12, 2018, at 11:29 AM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:
>
> Hi Dan,
>
> Instead of doing the motion we are just going to refile. Are you authorized to accept process? Thanks.
>
> On Wednesday, December 12, 2018, dbooth@boothsweet.com <dbooth@boothsweet.com> wrote:
> > Mr. Liebowitz,
> >
> > As I told you more than two months ago, my client is not located in Southern District of Illinois and personal jurisdiction and venue are both improper. You are not diligently prosecuting the action. You filed the complaint on September 11, more than 90 days ago, and served my client on September 27. After several email exchanges, I told you on October 4 that I would move to dismiss under Rules 12(b)(2) and (3) unless you withdrew the claim from the Southern District. You agreed to transfer venue that day. On October 8, instead of filing a motion, you sent a letter to the Court's chambers via email requesting a transfer. As I told you on October 9, "an email to chambers is not sufficient to request relief from the Court." You responded that day, "Chambers is handling it, just spoke with them. It will be transferred and if they have any issues they will let me know today or tomorrow." That did not happen, and the response you received from the Court's law clerk confirmed that your email was not adequate. To my knowledge, you have taken no action since.
> >
> > This morning, the Court sent out a Notice of Case Reassignments, also available through its website (https://www.ilsd.uscourts.gov/Documents/NoticeOfCaseReassignments122018.pdf). The impending departure of both the District Judge and the Magistrate Judge assigned to the case is yet another reason why it should not be kept in that District.
> >
> > On October 10, I asked you to commit to not seek entry of default until three weeks after we receive notice that the Court has acted on your transfer request, and you agreed not to enter default. Because the law clerk indicates that the Court will never act on (or even entertain) the request, the case is in limbo until you take the necessary steps to have the case removed.
> >
> > Unless you file a motion requesting a transfer of venue, properly articulating why the transfer is in the interest of justice pursuant to 28 U.S.C. § 1404, by close of business Friday, December 14, we will be obligated to file a motion to dismiss next week, and my client will seek an award of all fees incurred.
> >
> > Sincerely,
> >
> > Dan Booth
> > Booth Sweet LLP
> > 32R Essex Street #1A
> > Cambridge, MA 02139
> > (617) 250-8629
> > dbooth@boothsweet.com
> > http://boothsweet.com
> >
> > > Begin forwarded message:
> > >
> > > **From:** Katherine Klein <Katherine_Klein@mnd.uscourts.gov>
> > > **Subject: RE: Craig v. Popmatters Media, Inc. (3:18-cv-1713-MJR-SCW)**

**Date:** November 15, 2018 at 9:53:30 PM EST
**To:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Cc:** Dan Booth <dbooth@boothsweet.com>, ILSDdb_MJRpd <MJRpd@ilsd.uscourts.gov>

Hi Mr. Liebowitz,

You need to file a written motion, the Court does not entertain requests of this nature via our proposed documents box.

Katherine Klein
Law Clerk to Chief Judge Reagan
U.S. District Court, Southern District of Illinois
Part-Time Pro Se Law Clerk
U.S. District Court, District of Minnesota
Work: (612) 664-5191
Cell: (612) 849-5730

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Thursday, November 15, 2018 3:24 PM
**To:** Katherine Klein <Katherine_Klein@mnd.uscourts.gov>
**Cc:** Dan Booth <dbooth@boothsweet.com>; ILSDdb_MJRpd <MJRpd@ilsd.uscourts.gov>
**Subject:** Re: Craig v. Popmatters Media, Inc. (3:18-cv-1713-MJR-SCW)

Dear Ms. Klein,

Hope you are well. Just following up below on the voluntary transfer to the Northern District of IL? Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

*********************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

On Mon, Oct 8, 2018 at 12:22 PM Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

Dear Sir or Madam,

Attached please find a letter regarding a voluntary transfer to the Northern District of

Illinois.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

*********************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

--
Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660

*************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*************************************************************