UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLEN CRAIG<br><br>                      Plaintiff,<br><br>v.<br><br>POPMATTERS MEDIA, INC.<br><br>                      Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 3:18-cv-1713-MJS-SCW |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the matter should be voluntarily dismissed without prejudice, against Defendant PopMatters Media, Inc.

Dated: December 17, 2018
Valley Stream, New York

                                                LIEBOWITZ LAW FIRM, PLLC

                                                By: /s/ Richard Liebowitz
                                                   Richard Liebowitz
                                            11 Sunrise Plaza, Suite 305
                                            Valley Stream, New York 11580
                                            Telephone: (516) 233-1660
                                            RL@LiebowitzLawFirm.com

                                            *Attorneys for Plaintiff Glen Craig*

1