# BOOTH SWEET LLP

32R Essex Street  Cambridge, MA 02139
T: 617.250.8602 | F: 617.250.8883 | www.boothsweet.com

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Client: PopMatters Media, Inc.
For: Legal Services Provided Through December 2018
Matter: *Craig v. PopMatters Media, Inc.*, No. 18-cv-01713 (S.D. Ill.)

| Date | Attorney | Hours | Description of Legal Services |
|---|---|---|---|
| 9/25/18 | DB | 0.6 | legal research re registration as unpublished collection |
| | DB | 0.3 | legal research re Nov 2014 registration/Section 412 |
| | DB | 1.5 | fact research re prior licensed use/MIles at Fillmore CD |
| | DB | 0.4 | emails with client re potential defenses |
| 9/27/18 | DB | 1.7 | legal research re personal jurisdiction and venue/7th Circuit |
| | DB | 0.2 | research ND IL rules re PHV |
| 9/30/18 | DB | 0.7 | legal research re motion to transfer |
| 10/2/18 | DB | 0.8 | fact research re prior publication |
| | DB | 0.3 | emails with client re potential prior publication of Craig photo |
| 10/3/18 | DB | 2.2 | legal research re personal jurisdiction and venue/7th Circuit |
| 10/4/18 | DB | 0.4 | emails with Liebowitz re settlement, comparable uses/Getty, jurisdiction/venue |
| 10/8/18 | DB | 0.3 | emails with Liebowitz re transfer/motion to dismiss |
| 10/9/18 | DB | 1.0 | legal research SD IL rules re letter motion/email requests |
| | | 0.4 | emails with Liebowitz re motion to transfer/notice dismissal |
| 10/10/18 | DB | 0.3 | emails with Liebowitz re motion to dismiss, default; copyright registration application/deposit |
| 11/15/18 | DB | 0.2 | review RL emails with clerk, email client status update |
| 12/12/18 | DB | 0.8 | emails with RL re status, transfer, motion to dismiss |
| 12/15/18 | DB | 1.0 | fact research re prior publications, registration, docket |
| | DB | 2.8 | draft fact/procedural background, legal standard sections |
| | DB | 3.1 | draft argument re material errors in registration certificate, prior publication/Fillmore |
| 12/16/18 | DB | 3.7 | draft argument re personal jurisdiction/venue |
| | DB | 2.6 | legal research/draft argument re failure to prosecute |
| 12/17/18 | DB | 0.2 | coordinate motion to dismiss exhibits |
| | DB | 1.4 | arguments re registration/rebuttable presumption of validity, standing to contest validity |
| | DB | <u>0.7</u> | argument re license via Legacy |
| | | 27.6 | |

| | |
|---|---:|
| Dan Booth hours | 27.60 |
| Hourly rates | $ <u>425.00</u> |
| Itemized attorney services | $ 11730.00 |

1

Case: 1:19-cv-05596 Document #: 14-16 Filed: 10/18/19 Page 2 of 4 PageID #:130

Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Client: PopMatters Media, Inc.
Matter: *Craig v. PopMatters Media, Inc.*, Case No. 19-cv-05596 (N.D. Ill.)
For: Legal Services Rendered Through October 18, 2019

| Date | Hours | Description of Legal Services |
|---|---|---|
| 8/22/19 | 0.2 | review docket, renewed complaint |
| | 0.2 | email Liebowitz re defense, service |
| | 0.7 | emails with client re new complaint, defenses, procedural steps |
| 8/23/19 | 0.2 | call with S. Kane re local counsel |
| | 0.5 | emails with client re Kane, costs of litigation, potential fee-shifting |
| 8/27/19 | 0.7 | emails with client re next steps, litigation roadmap |
| 8/28/19 | 0.4 | emails with Liebowitz re potential recovery, license defense, invalid registration, "incorrect" registration |
| | 1.0 | legal research re statutory/actual damages in Seventh Circuit |
| 8/29/19 | 0.2 | draft Rule 68 offer |
| | 0.5 | email Liebowitz re offer of judgment, statutory damages/actual damages as benchmark, amending complaint |
| 9/5/19 | 0.2 | email Liebowitz re registration, amended complaint, motion for MDS |
| 9/9/19 | 1.7 | legal research re Rule 12(e)/12(f), Seventh Circuit precedent |
| | 1.1 | draft legal standard section |
| | 0.3 | draft factual background |
| | 3.3 | draft argument re significance of error in registration, Liebowitz admission of erroneous filed registration |
| | 0.3 | email Kane re procedural issues in ND Ill |
| 9/12/19 | 0.1 | prepare exhibits for Rule 12(e)/(f) motion |
| | 0.2 | review ND local rules |
| | 0.1 | review docket |
| | 0.1 | email client re amended complaint |
| | 0.1 | email Kane re amended complaint |
| | 1.2 | legal research re 41(d) |
| | 3.8 | draft 41(d) memo intro, statement of facts |
| | 1.3 | draft argument re application of 41(d) |
| | 3.1 | draft argument re compensation/deterrence |
| 9/13/19 | 2.7 | draft argument re 41(d) relief, fees, stay |
| | 0.1 | email Kane re draft 41(d) motion brief |
| 9/27/19 | 0.6 | emails with Kane re procedural effect of amended complaint |
| 10/16/19 | 0.1 | review docket |
| | 0.2 | email client and Kane re Liebowitz untimely motion for time, potential motion for failure to prosecute |
| | 0.3 | legal research re Seventh Circuit failure to prosecute standard |



Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

|  |  |  |
|---|---|---|
|  | 0.1 | call courtrtoom deputy re motion practice, hearing |
|  | 0.3 | draft notice of motion |
|  | 0.5 | draft separate motion for 41(d) brief |
| 10/17/19 | 1.8 | revise 41(d) brief |
|  | 1.0 | draft Zarker declaration |
|  | 0.2 | email client and Kane re 41(d) status |
|  | 0.1 | check docket |
|  | 0.1 | email client/Kane re local counsel appearance |
|  | 0.8 | compile exhibits |
|  | 4.1 | draft Booth declaration ISO 41(d) |
| 10/18/19 | 0.8 | draft PHV motion |
|  | 0.3 | final review |
|  | <u>0.4</u> | emails with Kane re exhibits, filing |
|  | 36.0 |  |

| | |
|---|---|
| Dan Booth hours | 36.00 |
| Hourly rate | $ 425.00 |
| Attorney services | $ 15,300.00 |