**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GLEN CRAIG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> POPMATTERS MEDIA, INC. ) <br> ) <br> Defendant. ) | Case No. 1:19-cv-05596 <br><br> Honorable Ronald A. Guzman |

**NOTICE OF MOTION**

TO:  Richard Liebowitz
 11 Sunrise Plaza, Suite 305
 Valley Stream, New York 11580
 rl@liebowitzlawfirm.com

PLEASE TAKE NOTICE that on Tuesday, October 22, 2019, at 9:30 a.m., or as soon thereafter as the matter may be heard, Defendant PopMatters Media, Inc., by and through its counsel, shall appear before the Honorable Ronald A. Guzman in the Everett McKinley Dirksen United States Courthouse, Courtroom 1801, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present its Motion for Costs and Stay of Proceedings Pursuant to Federal Rule of Civil Procedure 41(d) in this action, a copy of which is served upon you herewith.

Dated: October 18, 2019

/ s /  Dan Booth
Dan Booth (*pro hac vice* admission pending)
Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742
dan@danboothlaw.com

/ s /  Scott Kane Stukel
Scott Kane Stukel (# 6317252)
Cameron & Kane, LLC
2846A N. Milwaukee Avenue
Chicago, IL 60618
scott@cameronandkane.com

*Counsel for Defendant PopMatters Media, Inc.*

1

## CERTIFICATE OF SERVICE

  I hereby certify that on this October 18, 2019, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to any identified non-registered participants for whom a mailing address is provided.

              / s /  Scott Kane Stukel