UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLEN CRAIG<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>POPMATTERS MEDIA, INC.<br><br>　　　　　　　　　Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 1:19-cv-5596 |

　　　　IT IS HEREBY NOTICE that the above case should be dismissed without prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

/s/Yanling Jiang
Yanling Jiang
Jiang IP LLC
233 South Wacker Drive, 84th Floor
Chicago, IL 60606
212-283-8091
Yanling@jiangip.com

Dated: October 19, 2019

*Attorneys for Plaintiff Glen Craig*