# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Glen Craig, | |
| Plaintiff(s), | |
| v. | Case No. 19 C 5596 |
| Popmatters Media, Inc., | Judge Ronald A. Guzman |
| Defendant(s). | |

## ORDER

Dan Booth's motion for leave to appear pro hac vice for Defendant [11] is granted. In light of plaintiff's notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) [16], this case is dismissed. All pending motions and schedules in this case are stricken. Civil case terminated.

Date: 10/21/2019

/s/ Ronald A. Guzman
United States District Court Judge.