A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ KERWIN POSLEY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 22, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Glen Craig,

Plaintiff(s),

v.

Popmatters Media, Inc.,

Defendant(s).

Case No. 19 C 5596
Judge Ronald A. Guzman

## ORDER

Dan Booth's motion for leave to appear pro hac vice for Defendant [11] is granted. In light of plaintiff's notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) [16], this case is dismissed. All pending motions and schedules in this case are stricken. Civil case terminated.

Date: 10/21/2019

/s/ Ronald A. Guzman
United States District Court Judge.