AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Glen Craig ) | |
| ) | |
| v. ) | Case No.: 19 C 5596 |
| PopMatters Media, Inc. ) | |
| ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __10/21/2019__ against __Glen Craig__,
_Date_

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ 150.00 |
| Fees for service of summons and subpoena ............................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ..................................... | |
| Fees for witnesses _(itemize on page two)_ ................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case.................................. | |
| Docket fees under 28 U.S.C. 1923 ...................................... | |
| Costs as shown on Mandate of Court of Appeals ............................ | |
| Compensation of court-appointed experts ................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs _(please itemize)_ ........................................... | |
| TOTAL | $ 150.00 |

_SPECIAL NOTE:_ Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

✔ Electronic service    ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: /s/ Dan Booth

Name of Attorney: Dan Booth

For: PopMatters Media, Inc.    Date: 11/15/2019
_Name of Claiming Party_

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_Clerk of Court_    _Deputy Clerk_    _Date_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLEN CRAIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-05596 |
| ) | |
| POPMATTERS MEDIA, INC. ) | Honorable Ronald A. Guzman |
| ) | |
| Defendant. ) | |

**DEFENDANT'S ITEMIZATION IN SUPPORT OF BILL OF COSTS**

Defendant PopMatters Media, Inc. ("PopMatters") submits this itemization in support of its bill of costs. PopMatters' itemized cost is the $150 *pro hac vice* appearance fee paid to the Clerk under LR83.14 on October 18, 2019 for its counsel Dan Booth. D. 11. Such costs are seen as taxable "fees of the clerk" under 28 U.S.C. § 1920(1). *United States v. Emergency Med. Assocs. of Ill., Inc.*, 436 F.3d 726, 730 (7th Cir. 2006); *Boogaard v. NHL*, Case No. 13 C 4846, 2017 U.S. Dist. LEXIS 190383, *3-4 (N.D. Ill. Nov. 17, 2017); *Manley v. Boat/U.S., Inc.*, Case No. 13-cv-5551, 2019 U.S. Dist. LEXIS 184012, *3-4 (N.D. Ill. Oct. 24, 2019).

On October 19, 2019, one day after PopMatters' initial filings, Plaintiff Glen Craig ("Craig") filed a notice voluntarily dismissing this action. Doc. 16. The court entered an order noting the dismissal and terminating the case on October 21, 2019. Doc. 17. Previously, on December 17, 2018, Craig voluntarily dismissed *Craig v. PopMatters Media, Inc.*, Case No. 3:18-cv-01713 (S.D. Ill.), an action based on the same claim he raised in this Court. See D. 14-12; D. 14-1 pp. 1, 5, & 7. Under the two-dismissal rule, the second "notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B). Therefore, PopMatters is the prevailing party in this action, allowed to recover its taxable costs. Fed. R. Civ. P. 54(d)(1).

| | |
|---|---|
| Dated: November 15, 2019 | / s / Dan Booth<br>Dan Booth (admitted *pro hac vice*)<br>Dan Booth Law LLC<br>60 Thoreau Street #121<br>Concord, MA 01742<br>dan@danboothlaw.com<br><br>/ s / Scott Kane Stukel<br>Scott Kane Stukel (# 6317252)<br>Cameron & Kane, LLC<br>2846A N. Milwaukee Avenue<br>Chicago, IL 60618<br>scott@cameronandkane.com<br><br>*Counsel for Defendant PopMatters Media, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this November 15, 2019, the foregoing Bill of Costs and Itemization in Support of Bill of Costs, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/ s / Dan Booth
Dan Booth

2