**From:** Dan Booth dan@danboothlaw.com
**Subject:** Re: Craig v. PopMatters, Inc., N.D. Ill. -- LR54.3 Conference
**Date:** November 7, 2019 at 9:33 PM
**To:** Richard Liebowitz RL@liebowitzlawfirm.com
**Cc:** James H. Freeman jf@liebowitzlawfirm.com, Scott Kane scott@cameronandkane.com, yanling@jiangip.com

Good, talk with you then.

Dan Booth
Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742
danboothlaw.com

On Nov 7, 2019, at 4:54 PM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

> How does 3pm on Friday November 15th work?
>
> On Thu, Nov 7, 2019 at 4:47 PM Dan <dan@danboothlaw.com> wrote:
>> Richard,
>>
>> PopMatters is now the prevailing party in this matter nder the two-dismissal rule. It has moved for an award of fees in the Southern District, and it will seek its attorney's fees and costs in the Northern District as well, under 17 U.S.C. § 505, 28 U.S.C. § 1927, and the Court's inherent authority.
>>
>> Pursuant to the Northern District's LR54.3, in an attempt to reach an agreement on the amount of fees that should be awarded, we are providing the time and work records on which the motion will be based. PopMatters will seek compensation for all time incurred that is reflected in the attached records, as well as any time incurred over the coming months in the process of conferring over and moving for the award. In addition, in the event that the Southern District denies an award, PopMatters will seek those fees in the Northern District to the extent permissible.
>>
>> PopMatters will seek an award at $425 per hour for Dan Booth and $250 per hour for Scott Kane Stukel. As the attached records reflect, in this case, counsel charged PopMatters at or below their standard rates, which are well within the range of fees typically awarded in the Northern District in comparable matters.
>>
>> In the interest of avoiding unnecessary litigation over fees, PopMatters would welcome an opportunity to confer about this motion. Please let me know your availability.
>>
>> Whether or not you agree to confer, please provide your own time and work records relating to the litigation in both courts, evidence of your hourly rates, and any evidence you intend to use in opposing the fees motion.
>>
>> Regards,
>>
>> Dan Booth
>> Dan Booth Law LLC
>> 60 Thoreau Street #121
>> Concord, MA 01742
>> 646-573-6596
>> dan@danboothlaw.com
>
> --
> Best,
>
> Richard Liebowitz, Esq.
> Liebowitz Law Firm, PLLC
> t.516-233-1660
> RL@LiebowitzLawFirm.com
> www.LiebowitzLawFirm.com
>
> ******************************************************************
>
> This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
>
> ******************************************************************