| | |
|---|---|
| From: | **Dan** dan@danboothlaw.com |
| Subject: | Re: Craig v. Popmatters |
| Date: | November 15, 2019 at 5:19 PM |
| To: | Richard Liebowitz RL@liebowitzlawfirm.com |
| Cc: | James H. Freeman jf@liebowitzlawfirm.com |



Richard,

I am astonished by your conduct this afternoon. Why would you schedule a meet and confer and not prepare for it? I offered to meet and confer in order to *avoid* unnecessary litigation over fees. We scheduled to confer about the motion at a time of your choice — and then you revealed that you have not even read the motion. You have no right to continue to squander PopMatters' time.

Such bad faith negotiation tactics simply extend your approach to the litigation.This entire case was frivolous: a waste of time for everyone concerned. You knew, or should have known, that it was baseless to bring this claim. Dragging my client through two courts served no purpose but to try to extort an unjustifiable settlement. Even today, you could not give a single reason why you filed the case in the wrong court — or why you renewed the case, only to dismiss it again the day after PopMatters' initial filings. You said that you would provide a reason in your response to the fees motion, but frankly, whatever *post hoc* excuse you concoct will not be sufficient.

Your LR54.3(d)(5) disclosures are due within 21 days after November 7, when we furnished the information required under LR54.3(d)(1)-(4). You must timely provide full disclosures as required, on or before November 28. You will then be required, under LR54.3(d), to specifically identify, by December 12, all hours and billing rates that you will and will not object to, and the basis of any objections. I am pointing these requirements out because it was apparent to me that you had not read the rule until today. Do not make me waste more time chasing you down and explaining your obligations. PopMatters will seek compensation for all of its attorneys' fees, including all time wasted in this pre-motion conference process, which you are not engaging in good faith.

Regards,

Dan Booth
Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742
646-573-6596
dan@danboothlaw.com

> On Nov 15, 2019, at 3:00 PM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:
>
> Thank you. I will be on my cell 646-740-3808.
>
> Best,
>
> Richard Liebowitz, Esq.
> Liebowitz Law Firm, PLLC
> t.516-233-1660
> RL@LiebowitzLawFirm.com
> www.LiebowitzLawFirm.com
>
> ******************************************************************
>
> This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
>
> ******************************************************************
>
>> On Fri, Nov 15, 2019 at 2:58 PM Dan Booth <dan@danboothlaw.com> wrote:
>>
>> Richard,
>>
>> Sorry, I'm running 5-10 minutes behind schedule. I'll call you shortly.
>>
>> Regards,
>>
>> Dan Booth
>> Dan Booth Law LLC

Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742
danboothlaw.com

On Nov 15, 2019, at 10:31 AM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

> Dan,
>
> After reading the rules, you did not follow the meet and confer rule before filing the fee motion. Please let me know if you will agree to strike your filed fee motion until a time after we meet and confer.
>
> Thank you.
>
> On Fri, Nov 15, 2019 at 8:00 AM Dan <dan@danboothlaw.com> wrote:
>
>> Richard,
>>
>> Yes, PopMatters assents to a motion to extend your time to respond to the fee motion in the Southern District to December 6.
>>
>> In the Northern District, on the other hand, LR54.3 sets a tight schedule that would make any extension impossible to accommodate, unfortunately. We are scheduled to confer on PopMatters' motion for fees today at 3 pm. To facilitate that discussion, please provide the disclosures required by LR54.3(d)(5) before then. https://www.ilnd.uscourts.gov/PrintContent.aspx?rid=56
>>
>> Thank you.
>>
>> Regards,
>>
>> **Dan Booth**
>> Dan Booth Law LLC
>> 60 Thoreau Street #121
>> Concord, MA 01742
>> 646-573-6596
>> dan@danboothlaw.com
>>
>>
>>> On Nov 15, 2019, at 12:27 AM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:
>>>
>>> Dan,
>>>
>>> Will you consent to an extension to respond to your motion for fees in the above case until December 6th?
>>>
>>> Thank you.
>>>
>>> Best,
>>>
>>> Richard Liebowitz, Esq.
>>> Liebowitz Law Firm, PLLC
>>> t.516-233-1660
>>> RL@LiebowitzLawFirm.com
>>> www.LiebowitzLawFirm.com
>>>
>>>
>>> *****************************************************************
>>>
>>> This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
>>>
>>> *****************************************************************
>>>
>>> --
>>> Best,
>>>
>>> Richard Liebowitz, Esq.
>>> Liebowitz Law Firm, PLLC
>>> t.516-233-1660
>>> RL@LiebowitzLawFirm.com

RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com

*********************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*********************************************************************