Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

db

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Client:     PopMatters Media, Inc.
Matter:    *Craig v. PopMatters Media, Inc.*, Case No. 19-cv-05596 (N.D. Ill.)
For:       Legal Services Rendered Through November 6, 2019

| Date | Hours | Description of Legal Services |
|---|---|---|
| 8/22/19 | 0.2 | review docket, renewed complaint |
| | 0.2 | email Liebowitz re defense, service |
| | 0.7 | emails with client re new complaint, defenses, procedural steps |
| 8/23/19 | 0.2 | call with S. Kane re local counsel |
| | 0.5 | emails with client re Kane, costs of litigation, potential fee-shifting |
| 8/27/19 | 0.7 | emails with client re next steps, litigation roadmap |
| 8/28/19 | 0.4 | emails with Liebowitz re potential recovery, license defense, invalid registration, "incorrect" registration |
| | 1.0 | legal research re statutory/actual damages in Seventh Circuit |
| 8/29/19 | 0.2 | draft Rule 68 offer |
| | 0.5 | email Liebowitz re offer of judgment, statutory damages/actual damages as benchmark, amending complaint |
| 9/5/19 | 0.2 | email Liebowitz re registration, amended complaint, motion for MDS |
| 9/9/19 | 1.7 | legal research re Rule 12(e)/12(f), Seventh Circuit precedent |
| | 1.1 | draft legal standard section |
| | 0.3 | draft factual background |
| | 3.3 | draft argument re significance of error in registration, Liebowitz admission of erroneous filed registration |
| | 0.3 | email Kane re procedural issues in ND Ill |
| 9/12/19 | 0.1 | prepare exhibits for Rule 12(e)/(f) motion |
| | 0.2 | review ND local rules |
| | 0.1 | review docket |
| | 0.1 | email client re amended complaint |
| | 0.1 | email Kane re amended complaint |
| | 1.2 | legal research re 41(d) |
| | 3.8 | draft 41(d) memo intro, statement of facts |
| | 1.3 | draft argument re application of 41(d) |
| | 3.1 | draft argument re compensation/deterrence |
| 9/13/19 | 2.7 | draft argument re 41(d) relief, fees, stay |
| | 0.1 | email Kane re draft 41(d) motion brief |
| 9/27/19 | 0.6 | emails with Kane re procedural effect of amended complaint |
| 10/16/19 | 0.1 | review docket |
| | 0.2 | email client and Kane re Liebowitz untimely motion for time, potential motion for failure to prosecute |
| | 0.3 | legal research re Seventh Circuit failure to prosecute standard |

Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742



|  |  |  |
|---|---|---|
|  | 0.1 | call courtrtoom deputy re motion practice, hearing |
|  | 0.3 | draft notice of motion |
|  | 0.5 | draft separate motion for 41(d) brief |
| 10/17/19 | 1.8 | revise 41(d) brief |
|  | 1.0 | draft Zarker declaration |
|  | 0.2 | email client and Kane re 41(d) status |
|  | 0.1 | check docket |
|  | 0.1 | email client/Kane re local counsel appearance |
|  | 0.1 | emails with Liebowitz re Plaintiff request for settlement offer |
|  | 0.8 | compile exhibits |
|  | 4.1 | draft Booth declaration ISO 41(d) |
| 10/18/19 | 0.8 | draft PHV motion |
|  | 0.3 | final review |
|  | 0.4 | emails with Kane re exhibits, filing |
|  | 0.2 | emails with Liebowitz re case management procedures, 26(a) conference |
| 10/19/19 | 0.3 | emails with Liebowitz re 26(a) conference |
| 10/20/19 | 2.4 | draft supplemental filing for submission ISO |
|  | 0.1 | prepare exhibits for supplemental filing |
|  | 0.1 | email S. Kane re supplemental filing |
| 10/21/19 | 0.1 | review notice of dismissal |
|  | 0.1 | emails with S. Kane and Liebowitz re dismissal |
|  | 0.3 | emails with client re dismissal, two-dismissal rule, prevailing party status |
|  | 0.1 | call with S. Kane re fee motion |
|  | 1.3 | legal research re fee motion in SDIL/NDIL |
| 10/31/19 | 0.2 | emails with S. Kane and client |
|  | 1.5 | draft fee motion opening section |
|  | 4.1 | draft fee motion facts section |
| 11/1/19 | 0.5 | legal research re Rule 41/7th Circuit |
|  | 0.4 | legal research re Copyright Act fees in 7th Circuit |
|  | 0.5 | legal research re Section 1927/inherent authority in 7th Circuit |
|  | 1.2 | draft legal standards section |
|  | 2.6 | draft fee motion section re prevailing party |
| 11/2/19 | 2.4 | research and draft argument re Copyright Act, Fogerty/Kirtsaeng, jurisdiction/venue, registration, license, standing/work-for-hire, |
| 11/3/19 | 0.8 | draft Zarker declaration |
|  | 0.1 | emails with client re Zarker declaration |
|  | 1.5 | fact research re Liebowitz sanctions history |
|  | 3.0 | draft Booth declaration |
|  | 0.8 | prepare exhibits for fee motion |
|  | 2.2 | draft argument re Section 1927 sanctions |
| 11/4/19 | 0.1 | emails with client re Zarker declaration |
|  | 1.0 | draft argument re full award |

Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742



| | |
|---|---|
| 0.2 | confirm billing statements |
| 1.8 | revise and finalize motion for fees |
| 1.3 | revise and finalize declaration |
| 0.1 | finalize and file |
| 58.4 | |

| | | |
|---|---|---|
| Dan Booth hours | | 36.00 |
| Hourly rate | $ | 425.00 |
| Attorney services | $ | 24,820.00 |