**From:** **Dan** dan@danboothlaw.com
**Subject:** Re: Craig v PopMatters - Attorneys Fee Objections (N.D. Ill.)
**Date:** December 6, 2019 at 9:00 AM
**To:** Richard Liebowitz RL@liebowitzlawfirm.com
**Cc:** yanling@jiangip.com, **Scott Kane** scott@cameronandkane.com

Richard,

In my December 4 letter I indicated that we would be required to file a motion for instructions pursuant to LR 54.3(g) unless, by 5:00 p.m. yesterday, you complied with the disclosure requirements of LR 54.3(d)(5). You have not complied and you did not respond. We will file the motion by 5:00 p.m. today. We will file as an exhibit the December 4 letter that Mr. Freeman sent bearing your signature, unless you first request an appropriate protective order.

Regards,

Dan Booth
Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742
646-573-6596
dan@danboothlaw.com

> On Dec 4, 2019, at 5:02 PM, Dan <dan@danboothlaw.com> wrote:
>
> Richard,
>
> Please review the attached correspondence.
>
> Regards,
>
> Dan Booth
> Dan Booth Law LLC
> 60 Thoreau Street #121
> Concord, MA 01742
> 646-573-6596
> dan@danboothlaw.com
>
> <PopMatters letter 120419.pdf>
>
>> On Nov 27, 2019, at 11:59 PM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:
>>
>> Best,
>>
>> Richard Liebowitz, Esq.
>> Liebowitz Law Firm, PLLC
>> t.516-233-1660
>> RL@LiebowitzLawFirm.com
>> www.LiebowitzLawFirm.com
>>
>>
>> *****************************************************************
>>
>> This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
>>
>> *****************************************************************
>>
>>
>> ---------- Forwarded message ---------
>> From: **James Freeman** <jf@liebowitzlawfirm.com>
>> Date: Wed, Nov 27, 2019 at 11:58 PM

Subject: Craig v PopMatters - Attorneys Fee Objections (N.D. Ill.)
To: Dan Booth <dbooth@boothsweet.com>
Cc: Richard Liebowitz <RL@liebowitzlawfirm.com>

Dear Counsel:

On behalf of Richard Liebowitz, please see attached.

<Letter to Dan Booth_11_27_19.pdf><DB Law Statement of Services_2019.pdf>