IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GLEN CRAIG, | ) | Case No. 1:19-cv-05596 (RAG) |
| | ) | |
| Plaintiff, | ) | Honorable Ronald A. Guzman |
| | ) | |
| v. | ) | **AMENDED NOTICE OF** |
| | ) | **MOTION FOR INSTRUCTIONS** |
| POPMATTERS MEDIA, INC. | ) | **UNDER LOCAL RULE 54.3(g)** |
| | ) | |
| Defendant. | ) | |

TO: Richard Liebowitz
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com

Yanling Jiang
JiangIP LLC
111 West Jackson Boulevard Suite 1700
Chicago, IL 60604
yanling@jiangip.com

PLEASE TAKE NOTICE that at 9:30 a.m. on Tuesday, December 10, 2019, or as soon thereafter as the matter may be heard, Defendant PopMatters Media, Inc., by and through its counsel, shall appear before the Honorable Ronald A. Guzman in the Everett McKinley Dirksen United States Courthouse, Courtroom 1801, 2019 South Dearborn Street, Chicago, Illinois, 60604, and then and there present its Motion for Instructions under Local Rule 54.3(g), a copy of which was served upon you on December 6, 2019.

Dated: December 9, 2019          Respectfully submitted,

/ s / Dan Booth
Dan Booth (admitted *pro hac vice*)
Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742
dan@danboothlaw.com

1

/ s / Scott Kane Stukel
Scott Kane Stukel (#6317252)
Cameron & Kane, LLC
2846A N. Milwaukee Avenue
Chicago, IL 60618
scott@cameronandkane.com

*Counsel for Defendant
PopMatters Media, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this December 9, 2019, I filed the foregoing Notice of Motion electronically via the Court's ECF system, and thereby caused a true and correct copy of said document to be served on each other party registered through ECF.

/ s / Dan Booth

2