# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Glen Craig

                    Plaintiff,

v.                                              Case No.: 1:19−cv−05596
                                                       Honorable Ronald A. Guzman

Popmatters Media, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 10, 2019:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 12/10/2019 regarding Defendant's motion for instructions under Local Rule 54.3(g) [21]. Defendant's amended petition regarding attorney's fees to be filed by 12/12/2019 as stated on the record. Plaintiff's response to the petition for attorney's fees due by 12/24/2019. Reply due by 1/7/2020. The Court will rule electronically. Mailed notice (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.