IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLEN CRAIG, ) | |
| ) | |
| Plaintiff, ) | Civil No. 3:18-cv-01713-MJR-SCW |
| v. ) | |
| ) | |
| POPMATTERS MEDIA, INC., ) | |
| ) | |
| Defendant. ) | |

**OFFER OF JUDGMENT**

Dated: September 27, 2018

To: Richard Liebowitz
Liebowitz Law Firm
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
RL@liebowitzlawfirm.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant PopMatters, Inc. ("Defendant") hereby offers to allow judgment to be entered against it and for Plaintiff Glen Craig ("Plaintiff") in this action for an award of damages in the amount of $800.00 total, and an award of all costs accrued to date (excluding any attorney's fees) to which Plaintiff is entitled. If this offer is accepted, such awards shall be in full satisfaction for any and all of Plaintiff's claims for relief, and each party shall bear its own attorney's fees.

Defendant makes this offer to allow judgment to be entered in this action for the purposes specified in Federal Rule of Civil Procedure 68. This offer is not to be construed as an admission that Defendant is liable for the alleged infringement, or that Plaintiff has suffered any damage. Rather, this offer is unconditional and is made to fully and finally resolve all claims asserted

against Defendant. This offer will remain open and irrevocable for 14 days after service. If Plaintiff does not accept this offer in writing in that time period, the offer shall be deemed withdrawn in accordance with Federal Rule of Civil Procedure 68(b).

If Plaintiff does not accept this offer and does not improve on the offer at trial, any claim for Plaintiff's attorney's fees will be capped; Plaintiff will not be able to recover any attorney's fees or other costs it accrues from this date through judgment, and may be required to pay the costs and attorney's fees that Defendant incurs between this date and judgment.

This offer is submitted with the Defendant's knowledge, understanding, and consent.

Respectfully,

POPMATTERS, INC.

By its attorney:

/s/ Dan Booth
Daniel G. Booth (BBO# 672090)
BOOTH SWEET LLP
32R Essex Street, Suite 1A
Cambridge, MA 02139
Telephone: (617) 250-8602
Facsimile: (617) 250-8883
dbooth@boothsweet.com