

Photo © 2014 Glen Craig. Permission to reproduce this photography is limited to editorial uses in newspapers and other regularly published periodicals, internet review outlets and TV news programming related to the Sony Music Entertainment release of MILES AT THE FILLMORE - Miles Davis 1970: The Bootleg Series Vol. 3.

**Miles Davis**
**Fillmore East - 1970**

