# A DAY IN THE LIFE OF MILES DAVIS

I was asked by [Gerry Pallor](#) to interview photographer Glen Craig at the opening, at Soho's [Morrison Hotel Gallery](#), of Craig's exhibit entitled "A Day in the Life of Miles Davis." The day, we discovered in talking to Craig, actually lasted several months, as he explains in the interview.

I've been deep into Miles in my *Listening to Prestige* odyssey, as he wrapped up his contractual obligations to the label with a series of marathon sessions in 1956, so this was a rare treat for me. I got to talk to Glen and to Nell Mulderry, project director for Sony's release of the Miles at the Fillmore sessions, and--a particularly pleasant surprise--to reconnect with old friend [Peter Knobler](#), who originally commissioned the Craig photo essay.

Miles's extended day in the life came well after his Prestige era, when began his campaign to win over the counterculture and the rock audience with his historic Fillmore appearances.

But here's the story, in Gerry Pallor's video: