# CAMERON & KANE, LLC
Attorneys At Law

**INVOICE**

Invoice # 1997
Date: 10/31/2019
Due Upon Receipt

## Cameron & Kane, LLC

2864 N. Milwaukee Ave.
Chicago, Illinois 60618
United States

Dan Booth

### Booth - Copyright Troll Matter - Pop Matters

### Copyright Troll Matter - Pop Matters

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 09/04/2019 | (1) Drafting / forwarding engagement letter (2) review of local rules and (3) emails to co-counsel re: (a) complaint; (b) engagement letter; (c) local rules; and (d) initial motion strategy. | 0.20 | $250.00 | $50.00 |
| Service | 09/27/2019 | Two emails to co-counsel re: (a) NDIL filing, notice, and other matters; and (b) timing of appearance / responsive pleading / motions to toll. | 0.70 | $250.00 | $175.00 |
| Service | 09/27/2019 | SH - Questions re: NDIL Mo. Practice. | 0.50 | $250.00 | $125.00 |
| Service | 09/30/2019 | * fee waived * Email to Co-counsel | 0.10 | $0.00 | $0.00 |
| Service | 10/18/2019 | (1) Emails with CC (2) editing various pdfs per CC instruction (3) drafting / filing appearance (4) filing PHV motion and notice (5) filing FRCP 41(d) motion and notice; and (6) email to CC re call on Monday. | 0.90 | $250.00 | $225.00 |
| Expense | 10/18/2019 | Reimbursable expenses: Dan Booth - Pro Hoc Vice filing fee | 1.00 | $150.00 | $150.00 |
| Service | 10/21/2019 | (1) Email to OC (2) emails to co-counsel / client (3) brief review / DL of several emails and files from co-counsel over the weekend. | 0.30 | $250.00 | $75.00 |
| Service | 10/21/2019 | Short call with Dan re next steps in this matter after dismissal. | 0.20 | $250.00 | $50.00 |

| | | |
|---|---|---|
| | **Total** | $850.00 |
| | **Payment (12/10/2019)** | -$850.00 |
| | **Balance Owing** | $0.00 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1997 | 10/31/2019 | $850.00 | $850.00 | $0.00 |

Please make all amounts payable to: Cameron & Kane, LLC

Payment is due upon receipt.

# INVOICE

**CAMERON & KANE, LLC**
*Attorneys At Law*

Invoice # 2013
Date: 12/10/2019
Due Upon Receipt

## Cameron & Kane, LLC

2864 N. Milwaukee Ave.
Chicago, Illinois 60618
United States

Dan Booth

### Booth - Copyright Troll Matter - Pop Matters

### Copyright Troll Matter - Pop Matters

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 12/09/2019 | Emails to deputy re: motion for instructions courtesy copies and amended notice. Delivering of the courtesy copies at chambers. | 0.30 | $250.00 | $75.00 |
| Expense | 12/10/2019 | Reimbursable expenses: Emergency Uber to NDIL due to CTA malfunctioning. | 1.00 | $32.95 | $32.95 |
| Service | 12/10/2019 | (1) Review of motion for instructions / co-counsel emails and (2) preparation for presentment of motion for instructions. | 0.40 | $250.00 | $100.00 |
| Service | 12/10/2019 | Presentment and hearing on motion for instructions. | 0.20 | $250.00 | $50.00 |
| Service | 12/10/2019 | Post motion debrief phone call with co-counsel re: motion for instructions. | 0.20 | $250.00 | $50.00 |
| Service | 12/10/2019 | (1) Emails to cocounsel and (2) preparation of declaration and exhibits.in support of motion for fees | 0.50 | $250.00 | $125.00 |

| | |
|---|---|
| **Total** | **$432.95** |
| **Payment (12/10/2019)** | **-$432.95** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2013 | 12/10/2019 | $432.95 | $432.95 | $0.00 |

Please make all amounts payable to: Cameron & Kane, LLC

Payment is due upon receipt.