

# American Intellectual Property Law Association
Serving America's Legal and Creative Community

# Report of the Economic Survey 2017

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Donika P. Pentcheva, Chair
Frank L. Gerratana, Vice Chair

June 2017

Prepared by:



ARI Association Research, Inc.

910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ■ ARI@associationresearch.com

# AIPLA Law Practice Management 2017 Economic Survey Participants

We would like to thank those who helped put together and review this year's AIPLA Economic Survey:

**Donika Pentcheva**: PayPal – Chair of LPM Committee

**Frank Gerratana**: Fish & Richardson, PC – Vice Chair of LPM Committee and Chair of Economic Survey Subcommittee

---

### Economic Survey Subcommittee Members:

**Ashraf Abdul-Mohsen**: ARI

**Rey Barceló**: Barceló, Harrison & Walker

**Kristin Cleveland**: Klarquist Sparkman, LLP

**Meghan Donohoe**: AIPLA

**Ariana Fleishman**: PiVerse Inc.

**Megan Kirkegaard**: ARI

**Steven Petkovsek**: Fish & Richardson, PC

---

©2017 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $45 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
1400 CRYSTAL DRIVE, SUITE 600
ARLINGTON VA 22202
(703) 415-0780
WWW.AIPLA.ORG

# INTRODUCTION

The AIPLA Economic Survey, developed and directed by the Law Practice Management Committee of the American Intellectual Property Law Association (AIPLA), reports the annual incomes and related professional and demographic characteristics of intellectual property (IP) law attorneys and associated patent agents. Conducted every other year by AIPLA, this survey also examines the economic aspects of intellectual property law practice, including individual billing rates and typical charges for representative IP law services. All AIPLA members were invited to participate.

The Law Practice Management Committee took an active role in reviewing the Economic Survey with a goal of improving the usefulness and value of the data that are collected and analyzed.

# DATA COLLECTION

An e-mail invitation to participate in the 2017 AIPLA Economic Survey was sent to a list of 11,698 AIPLA members; accounting for bounces and requests to be removed from the database, the actual sample surveyed was 10,806. The e-mail included an individualized direct link to the Web-based questionnaire along with an attached letter requesting additional participation in the Firm portion of the Economic Survey. The initial e-mail was followed up by several e-mail reminders. Similar to 2015, additional efforts were made to collect the Firm Survey data. Contact information was collected directly from the Individual Survey respondents that was then used for distributing Firm Survey links directly to the appropriate people identified at each firm by the Individual Survey respondents.

A total of 1,160 individuals responded by completing some or all of the Individual questionnaire, yielding a 10.7% response rate, lower than in 2015. This is the sixth time the survey has been conducted online. The additional efforts to gather data for the Firm portion of the survey garnered 205 responses—slightly lower than in 2015.

All data submitted by respondents were reviewed and evaluated for reasonableness and consistency; data anomalies and outliers were analyzed and corrected or deleted.

In many cases, respondents did not answer every question, so the total counts for each table may vary.

# CHANGES TO THE SURVEY

A number of enhancements were made to the 2017 Individual Survey instrument. The committee worked to refine the survey and include new questions that covered important areas of interest to the profession. In Part I, the question previously pertaining to the major technical undergraduate degree was changed to cover the field that best represents the majority of the respondent's academic study – the list of choices was edited and enhanced to cover more areas of study. A question asking for the amount of year-end cash bonus was added as well.

The question about the percentage of time devoted to various types of work was revised slightly to change wording from *inter partes* proceedings to post-grant proceedings. Respondents were also asked if they were familiar with the Global Dossier, and if they responded "yes" then they were given a follow-up question asking how they use the Global Dossier.

In Part II (Corporate Practitioners), the question that asked respondents to estimate the percentage of the annual corporate IP budget by types of work was tweaked to address the change in wording from *inter partes* proceedings to post-grant proceedings. Part III (Private Practitioners) was not revised at all this year.

## Average hourly billing rate in 2016 (Q30)

*Private Firm, Partner*

| | | Average hourly billing rate in 2016 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 331 | $503 | $301 | $373 | $450 | $580 | $799 |
| Years of Intellectual Property Law Experience | 5-6 | 6 | $327 | ISD | $250 | $330 | $375 | ISD |
| | 7-9 | 11 | $382 | $256 | $300 | $350 | $445 | $690 |
| | 10-14 | 43 | $381 | $297 | $315 | $365 | $421 | $517 |
| | 15-24 | 131 | $498 | $321 | $375 | $450 | $600 | $750 |
| | 25-34 | 85 | $553 | $348 | $400 | $490 | $675 | $900 |
| | 35 or More | 55 | $575 | $348 | $420 | $525 | $700 | $962 |
| Location | Boston CMSA | 13 | $632 | $295 | $410 | $700 | $800 | $994 |
| | NYC CMSA | 26 | $582 | $386 | $433 | $540 | $705 | $930 |
| | Philadelphia CMSA | 13 | $578 | $328 | $450 | $550 | $738 | $884 |
| | Washington, DC CMSA | 52 | $535 | $346 | $400 | $470 | $681 | $818 |
| | Other East | 12 | $397 | $250 | $350 | $390 | $483 | $528 |
| | Metro Southeast | 12 | $481 | $268 | $365 | $438 | $510 | $950 |
| | Other Southeast | 12 | $384 | $305 | $341 | $363 | $424 | $525 |
| | Chicago CMSA | 24 | $562 | $380 | $453 | $522 | $640 | $895 |
| | Minne.-St. Paul PMSA | 13 | $484 | $280 | $358 | $425 | $598 | $763 |
| | Other Central | 70 | $398 | $290 | $320 | $378 | $446 | $593 |
| | Texas | 32 | $606 | $334 | $413 | $528 | $819 | $900 |
| | Los Angeles CMSA | 7 | $575 | ISD | $400 | $525 | $770 | ISD |
| | San Francisco CMSA | 13 | $634 | $401 | $478 | $525 | $798 | $1,022 |
| | Other West | 32 | $417 | $300 | $318 | $390 | $469 | $578 |
| IP Technical Specialization (>=50%) | Biotechnology | 19 | $551 | $285 | $370 | $420 | $750 | $950 |
| | Chemical | 28 | $433 | $299 | $350 | $420 | $500 | $630 |
| | Computer Hardware | 5 | $669 | ISD | $413 | $700 | $910 | ISD |
| | Computer Software | 33 | $493 | $309 | $353 | $450 | $535 | $783 |
| | Electrical | 25 | $518 | $318 | $350 | $450 | $673 | $840 |
| | Mechanical | 71 | $446 | $303 | $350 | $400 | $513 | $634 |
| | Medical/ Health Care | 15 | $450 | $298 | $380 | $400 | $550 | $564 |
| | Pharmaceutical | 9 | $786 | ISD | $500 | $900 | $1,025 | ISD |
| Age | Younger than 35 | 3 | $367 | ISD | ISD | $350 | ISD | ISD |
| | 35-39 | 22 | $354 | $250 | $300 | $348 | $405 | $457 |
| | 40-44 | 37 | $471 | $299 | $335 | $390 | $600 | $750 |
| | 45-49 | 52 | $474 | $300 | $350 | $423 | $528 | $791 |
| | 50-54 | 84 | $490 | $315 | $390 | $450 | $550 | $785 |
| | 55-59 | 52 | $535 | $344 | $389 | $478 | $593 | $900 |
| | 60 or Older | 79 | $573 | $373 | $420 | $525 | $700 | $950 |
| Gender | Male | 284 | $504 | $315 | $375 | $450 | $575 | $790 |
| | Female | 43 | $485 | $300 | $330 | $425 | $605 | $846 |
| Highest Non-Law Degree | Bachelor's Degree | 219 | $495 | $310 | $365 | $440 | $565 | $795 |
| | Master's Degree | 69 | $542 | $300 | $398 | $500 | $690 | $850 |
| | Doctorate Degree | 29 | $481 | $300 | $340 | $450 | $600 | $785 |
| Ethnicity | White/Caucasian | 293 | $503 | $300 | $374 | $450 | $578 | $800 |
| | Hispanic/Latino | 6 | $486 | ISD | $303 | $483 | $668 | ISD |
| | Asian/Pacific Islander | 14 | $533 | $325 | $393 | $505 | $620 | $848 |
| | Other | 5 | $516 | ISD | $333 | $375 | $770 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 33 | $380 | $250 | $300 | $350 | $410 | $530 |
| | 3-5 | 59 | $414 | $300 | $360 | $390 | $450 | $535 |
| | 6-10 | 46 | $446 | $300 | $350 | $425 | $531 | $604 |
| | 11-25 | 67 | $447 | $300 | $350 | $400 | $500 | $604 |
| | 26-50 | 38 | $517 | $314 | $418 | $495 | $568 | $754 |
| | 51-100 | 46 | $622 | $379 | $450 | $568 | $789 | $950 |
| | 101-150 | 18 | $634 | $401 | $475 | $615 | $756 | $853 |
| | More than 150 | 20 | $837 | $603 | $669 | $825 | $984 | $1,095 |