Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Client:        PopMatters Media, Inc.
Matter:        *Craig v. PopMatters Media, Inc.*, Case No. 19-cv-05596 (N.D. Ill.)
For:           Legal Services Rendered Through December 12, 2019

| Date | Hours | Description of Legal Services |
|---|---|---|
| 8/22/19 | 0.2 | review docket, renewed complaint |
| | 0.2 | email Liebowitz re defense, service |
| | 0.7 | emails with client re new complaint, defenses, procedural steps |
| 8/23/19 | 0.2 | call with S. Kane re local counsel |
| | 0.5 | emails with client re Kane, costs of litigation, potential fee-shifting |
| 8/27/19 | 0.7 | emails with client re next steps, litigation roadmap |
| 8/28/19 | 0.4 | emails with Liebowitz re potential recovery, license defense, invalid registration, "incorrect" registration |
| | 1.0 | legal research re statutory/actual damages in Seventh Circuit |
| 8/29/19 | 0.2 | draft Rule 68 offer |
| | 0.5 | email Liebowitz re offer of judgment, statutory damages/actual damages as benchmark, amending complaint |
| 9/5/19 | 0.2 | email Liebowitz re registration, amended complaint, motion for MDS |
| 9/9/19 | 1.7 | legal research re Rule 12(e)/12(f), Seventh Circuit precedent |
| | 1.1 | draft legal standard section |
| | 0.3 | draft factual background |
| | 3.3 | draft argument re significance of error in registration, Liebowitz admission of erroneous filed registration |
| | 0.3 | email Kane re procedural issues in ND Ill |
| 9/12/19 | 0.1 | prepare exhibits for Rule 12(e)/(f) motion |
| | 0.2 | review ND local rules |
| | 0.1 | review docket |
| | 0.1 | email client re amended complaint |
| | 0.1 | email Kane re amended complaint |
| | 1.2 | legal research re 41(d) |
| | 3.8 | draft 41(d) memo intro, statement of facts |
| | 1.3 | draft argument re application of 41(d) |
| | 3.1 | draft argument re compensation/deterrence |
| 9/13/19 | 2.7 | draft argument re 41(d) relief, fees, stay |
| | 0.1 | email Kane re draft 41(d) motion brief |
| 9/27/19 | 0.6 | emails with Kane re procedural effect of amended complaint |
| 10/16/19 | 0.1 | review docket |
| | 0.2 | email client and Kane re Liebowitz untimely motion for time, potential motion for failure to prosecute |
| | 0.3 | legal research re Seventh Circuit failure to prosecute standard |

Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742



|         |      |                                                                                   |
|---------|------|-----------------------------------------------------------------------------------|
|         | 0.1  | call courtrtoom deputy re motion practice, hearing                                |
|         | 0.3  | draft notice of motion                                                            |
|         | 0.5  | draft separate motion for 41(d) brief                                             |
| 10/17/19| 1.8  | revise 41(d) brief                                                                |
|         | 1.0  | draft Zarker declaration                                                          |
|         | 0.2  | email client and Kane re 41(d) status                                             |
|         | 0.1  | check docket                                                                      |
|         | 0.1  | email client/Kane re local counsel appearance                                     |
|         | 0.1  | emails with Liebowitz re Plaintiff request for settlement offer                   |
|         | 0.8  | compile exhibits                                                                  |
|         | 4.1  | draft Booth declaration ISO 41(d)                                                 |
| 10/18/19| 0.8  | draft PHV motion                                                                  |
|         | 0.3  | final review                                                                      |
|         | 0.4  | emails with Kane re exhibits, filing                                              |
|         | 0.2  | emails with Liebowitz re case management procedures, 26(a) conference             |
| 10/19/19| 0.3  | emails with Liebowitz re 26(a) conference                                         |
| 10/20/19| 2.4  | draft supplemental filing for submission ISO                                      |
|         | 0.1  | prepare exhibits for supplemental filing                                          |
|         | 0.1  | email S. Kane re supplemental filing                                              |
|         | 39.2 |                                                                                   |

| Dan Booth hours (before dismissal) |   | 39.20 |
|---|---|---|
| Hourly rate | | $ 425.00 |
| Attorney services | | $ 16,660.00 |

| Date     | Hours | Description of Legal Services                                                      |
|----------|-------|-----------------------------------------------------------------------------------|
| 11/07/19 | 0.2   | review Berger v. Imagina OSC                                                       |
|          | 0.1   | email client re Berger v. Imagina                                                  |
|          | 0.2   | review LR 54.3                                                                     |
|          | 0.6   | prepare LR 54.3(d) disclosures                                                     |
|          | 0.1   | emails with Liebowitz re LR 54.3 disclosures, offer to meet and confer            |
| 11/15/19 | 0.1   | review LR 54.3 meet-and-confer requirements disputed by Liebowitz                 |
|          | 0.3   | emails with Liebowitz re LR 54.3, explain disclosures                             |
|          | 0.1   | review disclosures, prepare for conference call                                   |
|          | 0.2   | call with Liebowitz to confer                                                      |
|          | 0.3   | post-call email to Liebowitz re bad faith, LR 54.3(d)(5) disclosures              |
|          | 0.3   | legal research re PHV fee as taxable cost in NDIL, 41(a)                           |
|          | 0.4   | prepare and file bill of costs and itemization ISO bill of costs (NDIL)           |
| 11/28/19 | 0.2   | review Liebowitz response letter re disclosures                                   |
|          | 0.2   | review Liebowitz markup of DB timesheets                                          |
| 12/03/19 | 4.1   | draft deficiency letter re RL response LR 54.3                                     |
| 12/04/19 | 2.2   | draft and send deficiency letter                                                  |

Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742



| 12/06/19 | 0.2 | review LR 54.3(g) |
| | 0.1 | email Liebowitz re motion for instructions |
| | 4.2 | draft motion for instructions |
| | 0.1 | emails with SK re motion |
| | 0.8 | draft declaration ISO motion for instructions |
| | 0.1 | prepare exhibits for motion |
| | 0.2 | draft notice of motion, file |
| 12/09/19 | 0.0 | call with clerk re notice of motion/hearing (*no fee per DB*) |
| | 0.0 | draft and file amended notice of motion (*no fee per DB*) |
| 12/10/19 | 0.1 | call with SK re motion presentment, order to file petition |
| | 0.4 | emails with client re status, pending motion |
| | 0.1 | email SK re billing statement/declaration |
| | 3.3 | draft fee petition |
| 12/11/19 | 1.2 | legal research for petition (copyright/1927 fee cases in NDIL) |
| | 1.1 | legal research for petition (prior RL cases) |
| | 2.0 | draft and revise fee petition |
| 12/12/19 | 0.2 | emails with SK re declaration |
| | 0.6 | draft and revise fee petition |
| | 2.1 | draft declaration ISO |
| | 0.3 | prepare exhibits |
| | 0.1 | file petition and supporting documents |
| | 26.8 | |

| | |
|---|---|
| Dan Booth hours (after dismissal) | 26.80 |
| Hourly rate | $    425.00 |
| Attorney services | $  11,390.00 |

| | |
|---|---|
| Dan Booth hours (before dismissal) | 39.20 |
| Dan Booth hours (after dismissal) | 26.80 |
| Dan Booth hours (total) | 66.00 |

| | |
|---|---|
| Dan Booth hours (total) | 66.00 |
| Hourly rate | $    425.00 |
| Attorney services | $  28,050.00 |