IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN CRAIG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-05596 |
| | ) | |
| POPMATTERS MEDIA, INC. | ) | Honorable Ronald A. Guzman |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF SCOTT KANE STUKEL IN SUPPORT OF DEFENDANT'S PETITION FOR ATTORNEYS' FEES AND COSTS**

I, Scott Kane Stukel, declare pursuant to 28 U.S.C. § 1746 as follows:

*A. This matter's history and my invoices*

1. I am counsel for PopMatters Media, Inc. ("PopMatters"), the defendant in this lawsuit. I submit this declaration in support of its Petition for Attorneys' Fees and Costs.

2. Through his attorney Richard Liebowitz ("Liebowitz"), Craig initiated the instant action – *Craig v. PopMatters Media, Inc.*, Case No. 1:19-cv-05596 – in the United States District Court for the Northern District of Illinois. Shortly after filing, PopMatters retained me as counsel in the instant action.

**3.** PopMatters' costs and attorney's fees in this action, including all that it seeks to recover in this Petition, have been reasonable and reasonably incurred. Filed herewith as Exhibit H is a true and correct itemized statement of invoices to my client reflecting my attorney services and expenses, based on contemporaneous billing records through our law firm management software Clio. These invoices accurately reflect work I have performed on behalf of PopMatters in connection with this action for which PopMatters seeks to recover its incurred attorneys' fees by this Petition. **To whatever extent it helps this Court assess their reasonableness, the attached invoices have already been paid by my client, PopMatters, pursuant to the terms of my engagement as counsel.**

1

4. I personally extracted all data from the client billing records and organized the information into the statement attached as <u>Exhibit H</u>. The statement reflects the dates the work was performed, a detailed description of the work performed, and the time expended to the nearest tenth of an hour.

5. The time recorded in Exhibit H was reasonably incurred. Throughout my representation of PopMatters, I have strived to minimize fees, costs and expenses and avoid any unnecessary hours or duplication of effort. I have personally reviewed the time records being submitted in this Petition and eliminated entries that might potentially be seen as excessive, duplicative, or unproductive. PopMatters' counsel staffed and managed the litigation as efficiently as possible and did not duplicate responsibilities. In the exercise of billing discretion, I have excluded all time from the statement of services for associates, paralegal, or assistant work on this matter.

        B.   *Credentials, work experience, and previous awards of attorneys' fees*

6. I graduated with a Juris Doctor (*cum laude*) from Northwestern University School of Law in May 2014 and previously received two Bachelors of Arts from the University of Michigan in December 2007.

7. I am presently a Member of the law firm Cameron & Kane LLC.

8. I founded the predecessor entity to Cameron & Kane LLC shortly after being admitted to the Illinois Bar in November of 2014 and have practiced law continuously since then.

9. I have substantial experience in intellectual property, commercial, and real estate litigation, which have been primary focuses of my legal practice since 2014.

10. In the course of my practice, I have been awarded attorneys' fees on several occasions by both the Circuit Court of Cook County and arbitrators.

11. The most recent example of an order awarding myself attorneys' fees was on September 27, 2019 in *Rivera v. Bank of New York Mellon et al.* (Circuit Court of Cook County, No. 16 M1 108289). That order covered legal work done in the matter from 2016 to

September 2019 and, weighing all relevant factors, awarded me attorneys' fees at an average rate of $250 an hour. A copy of the order granting the award is attached as Exhibit I.

12. Additionally, this fee rate – $250 per hour – is well below the 2016 average billing rates compiled by the American Intellectual Property Law Association for private law firm attorneys that:

   a. are located in Chicago ($562);
   b. have my experience of five to six years in intellectual property law ($327); or
   c. are younger than thirty-five[1] ($367). Exhibit J (AIPLA – Report of the Economic Survey 2017).

### C. My instant request for fees

13. I have charged PopMatters for my services at rate of $250 an hour in this matter. That rate, agreed upon with PopMatters, is well below the usual range charged in intellectual property litigation by similarly experienced attorneys in the Southern District and in this Court. Again, as indicia of their reasonability, it is worth noting that PopMatters has already paid me for these services.

14. As reflected in my attached invoices, I (a) spent a total of 4.4 hours; and (b) incurred $182.95 in costs / expenses working on this matter. Exhibit H.

15. **By this Petition, PopMatters seeks to recover $1,282.95** reflecting the sum of (a) my attorney's fees of $1,100 reflecting 4.4 hours of my time at $250 per hour; and (b) my $182.95 in costs / expenses. Exhibit H. This figure is not inclusive of the fees, costs, and expenses of my co-counsel.

16. I have personal knowledge of all facts set forth herein, and would testify to those facts if required to do so in this action.

17. I declare under penalty of perjury that the foregoing is true and correct.

---

[1] I am presently thirty-four years old.

Executed on December 10, 2019.

*/s/ Scott Kane Stukel*

---

Scott Kane Stukel
2846A N. Milwaukee Ave.,
Chicago, Illinois 60618
Telephone No.: (872) 588-0727
Email: scott@cameronandkane.com

4