Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742

db

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES RENDERED

Client: PopMatters Media, Inc.
Matter: *Craig v. PopMatters Media, Inc.*, Case No. 19-cv-05596 (N.D. Ill.)
For: Legal Services Rendered December 30, 2019 Through January 7, 2020

| Date | Hours | Description of Legal Services |
|---|---|---|
| 12/24/19 | 0.3 | review Craig response |
| | 0.4 | outline reply ISO fees |
| 12/30/19 | 0.5 | review Craig v. UMG, other Craig case dockets (dismissals, timing) |
| | 1.0 | legal research re RL merits judgments (pro/con), RL sanctions cases, RL dismissals for failure to prosecute/dismissal as sanctions |
| 01/02/20 | 0.4 | legal research re LR 83.14, 83.16, NDIL/7th Circuit precedent re unauthorized practice; Olojo, Hawkins |
| | 0.2 | legal research re NDIL brief page length; Stanfield |
| | 1.2 | legal research re precedents cited in RL response; review dockets of RL judgments cited |
| | 0.6 | legal research re burden of proof on license |
| | 0.2 | legal research re burden of proof on work-for-hire |
| | 0.2 | emails with SK re motion to strike |
| | 0.8 | draft motion to strike procedural section |
| 01/03/20 | 0.9 | draft argument sections re burden of proof and merits for WFH |
| | 0.6 | legal research re RL license arguments, NLFC |
| | 3.5 | draft argument sections re license, burden, merits, RL counterarguments (credit, indirect license, broad/publicity terms, scope, sublicense) |
| | 0.4 | legal research re "strong presumption" for Section 505 / 7th Circuit; cases with similar fact patterns |
| | 0.5 | draft argument re prevailing party, Mostly Memories |
| 01/04/20 | 1.3 | draft argument re 505 fees (Fogerty/Kirtsaeng; 7th Cir) |
| | 2.5 | draft argument section re Craig arguments under 505 (Craig cases, "choice"/settlement, value of case) |
| 01/05/20 | 0.2 | review other RL case dockets in NDIL (status, PHV status) |
| | 0.2 | research/review RL cases denying/revoking PHV |
| | 1.5 | draft motion to strike argument section |
| | 0.1 | draft notice of motion to strike |
| 01/06/20 | 0.4 | legal research re troll/opportunist/IP licensing cases in 7th Cir |
| | 1.6 | draft argument section on § 1927 re troll/RL track record |
| | 0.4 | legal research re 7th Cir/2d Cir standards for § 1927, bad-faith |
| | 0.5 | draft argument section re standard for 1927 |
| | 0.2 | review RL arguments re fee amount |
| | 2.1 | draft argument re full recovery |
| 01/07/20 | 0.1 | confirm time and work records |

Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742



| | |
|---|---|
| 0.3 | draft declaration ISO reply |
| 1.3 | finalize reply brief: review, edit/proof, confirm cites |
| <u>0.1</u> | file reply, declaration, motion to strike, NOM |
| 24.5 | |

| | |
|---|---|
| Dan Booth hours | 24.50 |
| Hourly rate | $ <u>425.00</u> |
| Attorney services | $ 10,412.50 |