IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLEN CRAIG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> POPMATTERS MEDIA, INC. ) <br> ) <br> Defendant. ) | Case No. 1:19-cv-05596 (RAG) <br><br> **NOTICE OF MOTION TO STRIKE PLAINTIFF'S RESPONSE TO THE PETITION FOR AN AWARD OF ATTORNEY'S FEES** |

TO: Richard Liebowitz
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@liebowitzlawfirm.com

Yanling Jiang
JiangIP LLC
111 West Jackson Boulevard Suite 1700
Chicago, IL 60604
yanling@jiangip.com

PLEASE TAKE NOTICE that at 9:30 a.m. on Thursday, January 9, 2020, or as soon thereafter as the matter may be heard, Defendant PopMatters Media, Inc., by and through its counsel, shall appear before the Honorable Ronald A. Guzman in the Everett McKinley Dirksen United States Courthouse, Courtroom 1801, 2019 South Dearborn Street, Chicago, Illinois, 60604, and then and there present its Motion for Strike Plaintiff's Response to the Petition for an Award of Attorney's Fees, a copy of which is served herewith.

Dated: January 7, 2020            Respectfully submitted,

/ s / Dan Booth
Dan Booth (admitted *pro hac vice*)
Dan Booth Law LLC
60 Thoreau Street #121
Concord, MA 01742
dan@danboothlaw.com

1

/ s / Scott Kane Stukel
Scott Kane Stukel (#6317252)
Cameron & Kane, LLC
2846A N. Milwaukee Avenue
Chicago, IL 60618
scott@cameronandkane.com

*Counsel for Defendant*
*PopMatters Media, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this January 7, 2020, the foregoing Notice of Motion, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including Plaintiff's duly designated local counsel.

/ s / Dan Booth