# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Glen Craig

                Plaintiff,

v.

Popmatters Media, Inc.

                Defendant.

Case No.: 1:19−cv−05596
Honorable Ronald A. Guzman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 7, 2020:

    MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's motion for reconsideration and to vacate the Court's fee award under Rule 60(b)(1) [31] is denied. Plaintiff provides no new evidence and demonstrates no error of law or fact in the Court's order of March 23, 2020. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.