**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GLEN CRAIG, | ) |
|     Plaintiff, | ) Case No. 1-19-cv-5596 |
| | ) |
| v. | ) Honorable Ronald A. Guzman |
| | ) |
| POPMATTERS MEDIA, INC. | ) |
|     Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Yanling Jiang moves this court for leave to withdraw as counsel of record for Plaintiff

GLEN CRAIG in the above captioned matter and in support of this motion states as follows:

1. Plaintiff GLEN CRAIG is represented in this matter by Richard P. Liebowitz at

   Liebowitz Law Firm, PLLC.

2. Ms. Jiang has obtained the Plaintiff's consent to withdraw from this matter.

3. Accordingly, Ms. Jiang requests that she be allowed to withdraw as counsel of record for

   Plaintiff in this matter.'

WHEREFORE, the undersigned respectfully requests leave to withdraw as counsel of record for Plaintiff in this matter.

Respectfully submitted,

*/s/ Yanling Jiang*

Yanling Jiang
(Bar No. 6309336)
Jiang IP LLC.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6279
Dated: April 24, 2020          E-mail:Yanling@jiangip.com