UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Glen Craig
                              Plaintiff,

v.                                                       Case No.: 1:19−cv−05596
                                                          Honorable Ronald A. Guzman

Popmatters Media, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 27, 2020:

      MINUTE entry before the Honorable Ronald A. Guzman: Attorney Jiang's motion to withdraw as attorney for plaintiff Glen Craig [33] is granted. Attorney Yanling Jiang terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.