FILED
8/18/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
KP  19-CV-5596

Glen Craig
30-60 Crescent Street # 2C
Astoria, NY 11102

July 26, 2020

Judge Ronald A. Guzmán
United States District Court
Northern District of Illinois
Dirksen Federal Building
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Guzmán,

I learned for the first time last week that in 2019, Richard Liebowitz filed and dismissed a lawsuit in my name against PopMatters Media, Inc. after he did the same thing in the Southern District of Illinois in 2018. WHEN THE PAPERS FROM POP MATTERS ARRIVED AT MY HOME SORRY IF IT WAS TAKEN THE WRONG WAY BUT THE FACT 95% IN THE DARK IN THIS CASE Richard blindsided me. He didn't tell me anything about either case until yesterday after I demanded an explanation.

He never told me PopMatters used my photograph. He never asked me if it had been licensed to anyone or I would have told him about my license to Sony. He never told me he was going to file either lawsuit and he did it without my knowledge and without my permission. He never told me PopMatters offered to settle each case. He never told me PopMatters filed a motion for attorney's fees and that you ordered me to pay PopMatters more than $24,000 of attorney's fees on March 23, 2020. I hope you will reconsider and change that order based on the truth of what really happened.

DUG OUT THE SONY CONTRACT AND FOUND THE E MAIL SENT TO ME FROM RICHARD'S OFFICE BY ANTHONY ONE OF HIS THE STAFF AND I BROUGHT IT TO HIS ATT. WHAT WAS THE PROBLEM
"THIS IS A DMCA COPY RIGHT REMOVAL"
TAKE A LOOK AT THE SONY PHOTO ENCLOSED THEY SENT OUT AND THE CREDITS SONY HAD SAID "FOR PROMO ONLY WITH A COPY RIGHT MARK ON IT" WHICH WAS REMOVED BY POP MATTERS AND POSTED AND USED!
WHEN RICHARD FILED THIS HE DID NOT BOTHER TO HEAR WHAT I SAID AND FILED IT WITHOUT SHOWING IT TO ME FOR CORRECTIONS AND DID NOT SAY HE WAS FILLING THE THE WITHDRAW THEN FILING AGAIN A SECOND TIME FOR THE SAME THING?

==DURING YOUR QUESTIONS TO ME YOU ASKED ME WHAT WERE THE MARKS ON THE E MAIL FROM ANTHONY==
OK MEANS THAT IT WAS PROPER USAGE

==YES YES GO AFTER MEANS THERE WAS A USAGE NOT CONTRACTED BY ME==
==NO NO NO GO AFTER MEANS THERE IS A PROBLEM WHICH NEEDS TO BE GONE OVER AND IN THE CASE OF POP MATTERS IT WAS NOT==

  I retained Richard Liebowitz in 2016 and he filed and settled several copyright lawsuits for me for a contingency fee. But I now understand he has been operating in stealth mode. He does not abide by the rules of conduct set by the bar of New York or the terms of the retainer agreement we signed in 2016, which is attached.

  In the retainer agreement, he agreed to "keep You informed of the status of your matter, and agree to explain the laws pertinent to your situation, the available course(s) of action, and the attendant risks." Richard violated that at every step of this case. He agreed that "In the event there is no recovery, there is no attorney's fee." There was no recovery and he still left me on the hook for $24,000 in attorney's fees. He agreed that "It is not expected that any other attorneys will work on any Services for You without first consulting with You" and that he "may contract with other attorneys, acceptable to You." Then he filed this lawsuit in a state where he is not admitted to practice law and brought on a Chicago lawyer without consulting to see if she was acceptable. Nothing about this lawsuit is acceptable to me and I would not have authorized it if Richard had asked.

  In the retainer agreement, I agreed "to fully cooperate with the Firm in the administration of the matter" and "seriously to consider any settlement offer that Attorneys recommend before making a decision to accept or reject such offer." Richard made that impossible because he never told me about the lawsuit or the settlement offers. I also agreed that he could withdraw from representing me "at any time prior to the institution of a lawsuit" if he gave me "written notice sufficient to enable you to retain new counsel." But as I now understand, on June 23, 2020, he told Pop Matters' lawyer, "We do not represent Mr. Craig with respect to any post judgment relief." He never told me about that email, so he was withdrawing without giving me written notice, after the lawsuit was over.

  I now understand that Richard threw away the only shot I had to stop the attorney's fees. When he filed a memorandum of law in opposition to the attorney's fees you struck it because he was never admitted to practice law in this case. He never told me about that order. Then he threw away any chance to appeal the attorney's fees because he didn't tell me about it for more than three months.

Richard did all this behind my back and without my authority. I had no idea about this lawsuit or the 2018 lawsuit until I got a demand from Pop Matters' lawyer on June 29, 2020. I sent Richard an email on July 6, 2020: "Richard, is this once again something you did and did not relay to me or ask me over two years ago. I have not spoken or heard from you since Feb. 2020 and now this. Please explain what this is and how I got mixed up in this matter." We talked yesterday, July 7, 2020. I told him what I knew about the case and asked him, "How come you didn't come to me?" He had no response. He tried to put the onus on me. "It's par for the course" he said. "You roll the dice, you see what you get."

I'm not the one who rolled the dice. That was all Richard. Last year in another case I caught him negotiating a settlement under the table without my knowledge. There are other cases that he filed in my name that I only found out about after the fact. This whole case is malpractice, a breach of my agreement with Richard and a total fraud. Now I know he's a scam artist and I don't want to be another one of his victims.

I understand that Pop Matters asked for its attorney's fees under the Copyright Act against me, or in the alternate ve, as sanctions against Richard. He should have to pay the $24,000, not me. I am asking you to please reconsider the order and change it so that he is required to pay the attorney's fees to Pop Matters.

Sincerely,

Glen Craig



# Miles Davis

**Fillmore East - 1970**




